UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| CYNTHIA A. JANISSE, | ) | Civil No.: 1:18-cv-00289 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. Ray Kent |
| NANCY A. BERRYHILL, | ) | United States Magistrate Judge |
| ACTING COMMISIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

# **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

DATED:  July 23, 2018  .

/s/ Ray Kent
Hon. Ray Kent
UNITED STATES MAGISTRATE JUDGE